**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-34297 |
| JUSTIN RYAN WILLIAMS, and | ) | CHAPTER 7 |
| SARAH ELAINE WILLIAMS, | ) | |
| Debtor(s). | ) | JUDGE BRUCE W. BLACK |
| | ) | (Joliet) |

**TRUSTEE'S CERTIFICATE OF SERVICE
FOR NOTICE OF TRUSTEE'S FINAL REPORT**

To:    **See Attached Service List**

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 23rd day of August, 2016, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                */s/ Peter N. Metrou*
                                                **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

By ECF:

| | | |
|---|---|---|
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Law Offices of Steven H Mevorah<br>& Associates<br>134 North Bloomingdale Road<br>Bloomingdale, IL 60108-1017 |

By First Class Mail:

WELLS FARGO BANK, N.A.
MAC D3347-014
476 STATEVIEW BLVD
FORT MILL, SC 29715-7203

| | | |
|---|---|---|
| American Express<br>P O Box 0001<br>Los Angeles, CA  90096-8000 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Capital One Bank<br>P.O. Box 6492<br>Carol Stream, IL  60197-6492 |
| Capital One Bank (USA), N.A.<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chase<br>Cardmember Services<br>P. O. Box 15153<br>Wilmington, DE 19886-5153 | Citi Cards<br>Processing Center<br>Des Moines, IA 50363-0001 |
| Comenity Bank<br>Dress Barn<br>P.O. Box 659704<br>San Antonio, TX  78265-9704 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | |
| NuMark Credit Union<br>P O Box 2729<br>Joliet, IL 60434-2729 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Wells Fargo Home Mortgage<br>P.O. Box 6423<br>Carol Stream, IL  60197-6423 | Justin Ryan Williams<br>2813 Amanda Court<br>Joliet, IL 60431-9217 | Sarah Elaine Williams<br>2813 Amanda Court<br>Joliet, IL 60431-9217 |

Jason G Shore
Mevorah Law Offices LLC
900 East Roosevelt Road
Lombard, IL 60148-4750

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified