UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| JUSTIN RYAN WILLIAMS | § | Case No. 15-34297 |
| SARAH ELAINE WILLIAMS | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,093.37<br>*(Without deducting any secured claims)* | Assets Exempt: 36,779.02 |
| Total Distributions to Claimants: 9,928.66 | Claims Discharged<br>Without Payment: 179,247.34 |
| Total Expenses of Administration: 2,071.34 | |

3) Total gross receipts of $ 12,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 114,653.61 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,071.34 | 2,071.34 | 2,071.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 37,857.25 | 36,665.14 | 36,665.14 | 9,928.66 |
| **TOTAL DISBURSEMENTS** | $ 152,510.86 | $ 38,736.48 | $ 38,736.48 | $ 12,000.00 |

  4) This case was originally filed under chapter 7 on 10/08/2015. The case was pending for 13 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2016  By: /s/Peter N. Metrou, Trustee
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2813 AMANDA COURT JOLIET, ILLINOIS 60431 | 1110-000 | 12,000.00 |
| TOTAL GROSS RECEIPTS | | $ 12,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage P.O. Box 6423 Carol Stream, IL 60197-6423 | | 114,653.61 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 114,653.61 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,950.00 | 1,950.00 | 1,950.00 |
| Peter N. Metrou | 2200-000 | NA | 43.92 | 43.92 | 43.92 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 3.31 | 3.31 | 3.31 |
| Associated Bank | 2600-000 | NA | 74.11 | 74.11 | 74.11 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,071.34 | $ 2,071.34 | $ 2,071.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P O Box 0001 Los Angeles, CA 90096-8000 | | 3,899.22 | NA | NA | 0.00 |
| | Capital One Bank P.O. Box 6492 Carol Stream, IL 60197-6492 | | 10,093.82 | NA | NA | 0.00 |
| | Capital One Bank P.O. Box 6492 Carol Stream, IL 60197-6492 | | 3,982.36 | NA | NA | 0.00 |
| | Capital One Bank P.O. Box 6492 Carol Stream, IL 60197-6492 | | 5,082.32 | NA | NA | 0.00 |
| | Chase Cardmember Services P. O. Box 15153 Wilmington, DE 19886 | | 3,218.53 | NA | NA | 0.00 |
| | Citi Cards Processing Center Des Moines, IA 50363 | | 3,319.00 | NA | NA | 0.00 |
| | Citi Cards Processing Center Des Moines, IA 50363 | | 843.00 | NA | NA | 0.00 |
| | Comenity Bank Dress Barn P.O. Box 659704 San Antonio, TX 78265-9704 | | 311.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Home Depot Credit Services Processing Center Des Moines, IA  50364-0500 |  | 1,789.39 | NA | NA | 0.00 |
|  | NuMark Credit Union P O Box 2729 Joliet, IL  60434 |  | 5,318.41 | NA | NA | 0.00 |
| 7 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 4,167.44 | 4,167.44 | 1,128.51 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 4,372.77 | 4,372.77 | 1,184.12 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 10,649.94 | 10,649.94 | 2,883.93 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 5,471.07 | 5,471.07 | 1,481.53 |
| 6 | NUMARK CREDIT UNION | 7100-000 | NA | 5,407.29 | 5,407.29 | 1,464.26 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 3,355.60 | 3,355.60 | 908.67 |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 1,938.97 | 1,938.97 | 525.06 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 843.57 | 843.57 | 228.42 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 458.49 | 458.49 | 124.16 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 37,857.25 | $ 36,665.14 | $ 36,665.14 | $ 9,928.66 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-34297 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | JUSTIN RYAN WILLIAMS | | | | Date Filed (f) or Converted (c): | 10/08/2015 (f) |
| | SARAH ELAINE WILLIAMS | | | | 341(a) Meeting Date: | 11/09/2015 |
| For Period Ending: | 11/07/2016 | | | | Claims Bar Date: | 03/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2813 AMANDA COURT JOLIET, ILLINOIS 60431 | 153,867.00 | 0.00 | | 12,000.00 | 0.00 |
| 2. CASH | 40.00 | 0.00 | | 0.00 | FA |
| 3. CHASE BANK CHECKING ACCOUNT | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. CHASE BANK SAVINGS ACCOUNT | 500.00 | 0.00 | | 0.00 | FA |
| 5. NUMARK CREDIT UNION ACCOUNT | 41.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS FURNITURE, TV, COMPUTERS, CAMERA | 240.00 | 0.00 | | 0.00 | FA |
| 7. MISCELLANEOUS CLOTHING | 5.00 | 0.00 | | 0.00 | FA |
| 8. FIDELITY 401K | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. 2001 OLDSMOBILE ALERO | 500.00 | 0.00 | | 0.00 | FA |
| 10. 2005 CHRYSLER TOWN & COUNTRY | 500.00 | 0.00 | | 0.00 | FA |
| 11. WORKERS COMPENSATION CASE | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $158,393.00 | $0.00 | | $12,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Reached settlement regarding Debtor's RE; installment payments being made.

Initial Projected Date of Final Report (TFR): 12/01/2016    Current Projected Date of Final Report (TFR): 12/01/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-34297 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | JUSTIN RYAN WILLIAMS | Bank Name: | Associated Bank |
| | SARAH ELAINE WILLIAMS | Account Number/CD#: | XXXXXX5538 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX3285 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 11/07/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/16 | 1 | WILLIAMS, JUSTIN<br>2813 Amanda CourtJoliet, IL 60431 | Installment payment by Debtor | 1110-000 | $2,000.00 | | $2,000.00 |
| 01/22/16 | 1 | WILLIAMS, JUSTIN<br>2813 Amanda CourtJoliet, IL 60431 | Intallment Payment by Debtor | 1110-000 | $2,000.00 | | $4,000.00 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,990.00 |
| 02/26/16 | 1 | JUSTIN & SARAH WILLAMS<br>Debtor's Address | | 1110-000 | $2,000.00 | | $5,990.00 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,980.00 |
| 03/17/16 | 5001 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $3.31 | $5,976.69 |
| 03/31/16 | 1 | Justin Williams<br>2813 Amanda Court<br>Joliet, IL 60431 | Settlement on Real Estate Equity<br>Installment payment by Debtor | 1110-000 | $2,000.00 | | $7,976.69 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,966.69 |
| 04/23/16 | 1 | Justin Williams<br>2813 Amanda Court<br>Joliet, IL 60431-9217 | Settlement on Real Estate Equity | 1110-000 | $2,000.00 | | $9,966.69 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.04 | $9,954.65 |
| 05/31/16 | 1 | Justin R. Williams<br>Debtor's address | Settlement on Real Estate Equity<br>Per court approval | 1110-000 | $2,000.00 | | $11,954.65 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.89 | $11,939.76 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.18 | $11,922.58 |
| 09/27/16 | 5002 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $1,993.92 | $9,928.66 |
| | | | Page Subtotals: | | $12,000.00 | $2,071.34 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-34297 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JUSTIN RYAN WILLIAMS | Bank Name: Associated Bank |
| SARAH ELAINE WILLIAMS | Account Number/CD#: XXXXXX5538 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3285 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 11/07/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($1,950.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($43.92) | 2200-000 | | | |
| 09/27/16 | 5003 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Final distribution to claim 1 representing a payment of 27.08 % per court order. | | 7100-000 | | $124.16 | $9,804.50 |
| 09/27/16 | 5004 | CAPITAL ONE BANK (USA), N.A.<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Distribution | | | | $5,549.58 | $4,254.92 |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 2 representing a payment of 27.08 % per court order. | ($1,184.12) | 7100-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 3 representing a payment of 27.08 % per court order. | ($2,883.93) | 7100-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 4 representing a payment of 27.08 % per court order. | ($1,481.53) | 7100-000 | | | |
| 09/27/16 | 5005 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Distribution | | | | $1,662.15 | $2,592.77 |
| | | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Final distribution to claim 5 representing a payment of 27.08 % per court order. | ($908.67) | 7100-000 | | | |
| | | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Final distribution to claim 8 representing a payment of 27.08 % per court order. | ($525.06) | 7100-000 | | | |

| | | | Page Subtotals: | $0.00 | $7,335.89 |
|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-34297 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JUSTIN RYAN WILLIAMS | Bank Name: Associated Bank |
| SARAH ELAINE WILLIAMS | Account Number/CD#: XXXXXX5538 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3285 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 11/07/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Final distribution to claim 9 representing a payment of 27.08 % per court order.    ($228.42) | 7100-000 | | | |
| 09/27/16 | 5006 | NUMARK CREDIT UNION<br>P O BOX 2729<br>JOLIET, IL 60434 | Final distribution to claim 6 representing a payment of 27.08 % per court order. | 7100-000 | | $1,464.26 | $1,128.51 |
| 09/27/16 | 5007 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 7 representing a payment of 27.08 % per court order. | 7100-000 | | $1,128.51 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $12,000.00 | $12,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,000.00 | $12,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,000.00 | $12,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*    Page Subtotals:    $0.00    $2,592.77

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5538 - Checking Account (Non-Interest Earn | $12,000.00 | $12,000.00 | $0.00 |
| | $12,000.00 | $12,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,000.00 |
| Total Gross Receipts: | $12,000.00 |

Page Subtotals: $0.00 $0.00